IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    CASE NO. 09CR20038

JOHN W. STEPHENS                                                 DEFENDANT

## **O R D E R**

Before the Court is the Government's Motion to Dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure (Doc. 16).  The Court, being well and sufficiently advised, finds that the Government's Motion should be GRANTED.  Accordingly, the Indictment (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of September 2009.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge

**AO72A**
**(Rev. 8/82)**